**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathan Trewayne CLANTON,**
**Defendant–Appellant.**

No. 08–6574.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2009.

Decided: May 13, 2009.

---

Jonathan Trewayne Clanton, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Trewayne Clanton appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Clanton*, No. 4:05–cr–00031–JLK (W.D.Va. Mar. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*